# EXHIBIT A



## Ocwen Loan Servicing, LLC
www.ocwen.com
*Helping Homeowners is What we Do!®*

1661 Worthington Road, Suite 100
West Palm Beach, FL 33409
Toll Free: 800.746.2936



04/02/2019

Loan Number: ███7484

Marlene Y Colmer
1795 CONEY ISLAND AVE STE 3
BROOKLYN, NY 11230



# DECISION ON REQUEST FOR MORTGAGE ASSISTANCE
### PLEASE READ CAREFULLY

Dear Marlene Y Colmer:

Thank you for the request for mortgage assistance. We completed our review of the application and the financial information provided and we have evaluated the account for all available mortgage assistance options. Unfortunately, we are not able to offer any modifications at this time. Please see the enclosed "Non-Approval Notice" for details on the modification options we could not approve. However, the account is conditionally eligible for other alternative(s) to foreclosure as outlined in the enclosed "Other Available Options."

Below, please find important information about our decision regarding mortgage assistance, with additional details on the following pages.

If it is believed our decision was incorrect, a request for appeal can be made in writing within 30 days from the date of this letter. Additional details on how to submit an appeal are included with this letter.

**The following additional documents are enclosed for information:**

- Modification Program Review
- Opportunity for Appeal

- Legal Disclosures
- Additional Assistance Available
- Other Available Options

We are here to help! Yash Mevada has been assigned as the relationship manager and will be the designated representative for resolution, inquiries and submission of documents.

If there are any questions or there is interest in obtaining additional information regarding other assistance options that may be available such as other modification programs, a short sale or deed in lieu of foreclosure, please call the account Relationship Manager Yash Mevada toll-free at 800.746.2936. We are available Monday through Friday 8:00 am to 8:00 pm ET.

Sincerely,
Loan Servicing

### Account Information

**Loan Number:** ████7484

**Property Address:**
3 Oceanview Ave
Staten Island, NY 10312

We are here to help!

Your Relationship Manager:
Yash Mevada
RelationshipManager@ocwen.com
Online:
www.OcwenCustomers.com

484

*OCWN_GLBL_DENIAL*

This communication is from a debt collector attempting to collect a debt; any information obtained will be used for that purpose. However, if the debt is in active bankruptcy or has been discharged through bankruptcy, this communication is purely provided to you for informational purposes only with regard to our secured lien on the above referenced property. It is not intended as an attempt to collect a debt from you personally.



REORGANIZATION PLAN DOCUMENT

**Ocwen Loan Servicing, LLC**

www.ocwen.com

*Helping Homeowners is What we Do!®*

1661 Worthington Road, Suite 100
West Palm Beach, FL 33409
Toll Free: 800.746.2936



# MODIFICATION PROGRAM REVIEW

| Program | Determination | Reason for Non-Approval |
|---------|---------------|-------------------------|
| Helping Homeowners Modification | Non-Approved | The account is greater than 90 days delinquent. |
| Streamline Modification | Non-Approved | Due to our modification program rules, the lowest modification payment that we can provide will exceed the current mortgage payment by more than 25%. |

NMLS # 1852                                                                OCWN_GLBL_DENIAL

*This communication is from a debt collector attempting to collect a debt; any information obtained will be used for that purpose. However, if the debt is in an active bankruptcy case or has been discharged through bankruptcy, this communication is purely provided to you for informational purposes only with regard to our secured lien on the above referenced property. It is not intended as an attempt to collect a debt from you personally.*

INTERNET REPRINT

2-814-AXA38-0000011-001-04-000-000-000-000



## Ocwen Loan Servicing, LLC
www.ocwen.com
*Helping Homeowners is What we Do!®*

1661 Worthington Road, Suite 100
West Palm Beach, FL 33409
Toll Free: 800.746.2936



## OPPORTUNITY FOR APPEAL

**What should be done if there is disagreement with the reason for non-approval and want to appeal?**

If there is disagreement with the reason(s) for non-approval of any loan modification option, the account is afforded the right to appeal. To appeal, the account is provided 30 days from the date of this notice to send a written explanation and supporting documentation to substantiate findings.  Please send a copy of this letter, along with any supporting documents, to:

Ocwen Loan Servicing, LLC
Escalations Department
P.O. Box 785061
Orlando, FL 32878-5061
Email: escalatedcases@ocwen.com

No foreclosure sale will be conducted, and the home will not be lost during this 30-day period. However, please note that if a notice of a foreclosure sale date of the home is received, or if notice of a foreclosure sale date of the home was published prior to the submission to us of a completed loan modification application, then such foreclosure sale may not be suspended for this 30-day period if, despite our reasonable attempts to delay the sale, the court with jurisdiction over the foreclosure proceedings, or the bankruptcy court in a bankruptcy case, or the public official charged with carrying out the sale fails or refuses to halt the sale.

If appeal of our decision is chosen, the mortgage assistance option(s) offered in this notice will remain available pending the outcome of the appeal.

If there is a delay to accept the mortgage assistance option(s) offered in this notice until after receiving our appeal decision, the account will become more delinquent. Any unpaid interest and other unpaid amounts, such as escrows for taxes and insurance, will continue to accrue on the account during the appeal. In that event, the payment amounts and due dates of the initial mortgage assistance option(s) may be adjusted.

**For Borrowers in New York:** We will not initiate or advance foreclosure during the appeal process.

2-814-AXA38-000011-001-001-05-000-000-000-000

*This communication is from a debt collector attempting to collect a debt; any information obtained will be used for that purpose. However, if the debt is in active bankruptcy or has been discharged through bankruptcy, this communication is purely provided to you for informational purposes only with regard to our secured lien on the above referenced property.  It is not intended as an attempt to collect a debt from you personally.*



**OCWEN**

## Ocwen Loan Servicing, LLC
www.ocwen.com
*Helping Homeowners is What we Do!®*

1661 Worthington Road, Suite 100
West Palm Beach, FL 33409
Toll Free: 800.746.2936



## <u>OTHER AVAILABLE OPTIONS</u>

| The account is conditionally approved for these Mortgage Assistance Options |
|---|
| Acceptance of any of these options will not allow the home to be kept, but will allow foreclosure avoidance. These offers are conditional and could be subject to an appraisal or title search. We are not able to guarantee final approval until we receive all the documents required for our final evaluation of the account's eligibility. |

| | Short Sale | Deed-in-Lieu of Foreclosure (DIL) |
|---|---|---|
| **Option Details** | Listing and selling the property at market value will release the account from mortgage debt serviced by Ocwen on this property, even if the sale price is lower than the mortgage debt. | Transferring ownership of the property by signing over the deed/title to us will release the account from the mortgage debt. |
| **Benefits** | ▪ Avoid the stress and potential costs of foreclosure.<br>▪ Sell the property with less negative impact to credit than foreclosure or bankruptcy.<br>▪ The account may be eligible for relocation assistance if qualified. | ▪ A Deed-in-Lieu is a quicker way to get out of the property without the hassle, time and energy associated with listing and selling the house.<br>▪ The account could end up with no mortgage debt and less negative impact to credit than foreclosure or bankruptcy.<br>▪ The account may be eligible to receive up to $10,000 in relocation assistance. |
| **Additional Documents Required**<br><br>**Send by Fax to:**<br>**(407) 737-5693**<br><br>**Or by email:**<br><br>**Short Sale**<br>**SS@ocwen.com**<br><br>**Deed in Lieu**<br>**DIL@ocwen.com** | **We must receive the documents listed below to us by 05/02/2019:**<br><br>▪ Executed Listing Agreement.<br>▪ Executed purchase contract, including all addendums.<br>▪ The buyer's proof of funds or financing pre-approval letter.<br>▪ Preliminary Closing Disclosure/Settlement Statement. | **In order to complete the Deed-in-Lieu transaction the following documents must be sent:**<br><br>• If the accountholder(s) are married, please provide one of the documents listed below:<br>  o Signed letter stating all accountholder and spouses' complete names, or<br>  o Copy of the marriage license.<br>• If the accountholder(s) are no longer married, please provide the following:<br>  o A copy of the divorce decree,<br>• If accountholder(s) is widowed, please provide one of the documents listed below:<br>  o Copy of the probate court documents, |

7484

*OCWN_GLBL_DENIAL*

*This communication is from a debt collector attempting to collect a debt; any information obtained will be used for that purpose. However, if the debt is in active bankruptcy or has been discharged through bankruptcy, this communication is provided purely for informational purposes only with regard to our secured lien on the above referenced property. It is not intended as an attempt to collect a debt from you personally.*

 INTERNET REPRINT          NMLS # 1852



# OCWEN Loan Servicing, LLC

www.ocwen.com
*Helping Homeowners is What we Do!®*

1661 Worthington Road, Suite 100
West Palm Beach, FL 33409
Toll Free: 800.746.2936

| | | |
|---|---|---|
| | | o Death certificate, or<br>o Obituary/newspaper article reporting the death. |
| **Additional Documents/Information We Will Request from Third Parties Prior to Final Approval** | Please note that final approval is conditioned upon receipt of the following documents/information from third-party providers:<br><br>▪ Valuation - an independent valuation of the property that verifies the current estimated market value.<br>▪ Closing costs - verification that closing costs associated with the transaction are reasonable and customary.<br>▪ If applicable, approval from the investor or mortgage insurer of the account to proceed with the transaction. | Please note that final approval is conditioned upon receipt of the following documents/information from third-party providers:<br><br>▪ Valuation - an independent valuation of the property that verifies the current estimated market value.<br>▪ Clear Title - a title search or history demonstrating clear title and in marketable condition.<br>▪ If applicable, approval from the investor or mortgage insurer of the account to proceed with the transaction. |
| **Our Next Steps After We Receive All Required Documents** | After we receive all required documents we will:<br>▪ Complete a review of the account terms, investor requirements, and mortgage insurance requirements, if applicable.<br>▪ Work to complete an independent valuation review. A valuation agent will be in contact or work with the account's designated agent for access to the property so that the valuation agent can set up an appointment.<br><br>If an offer is present and after all documents/information have been received, we will issue a decision within 30 calendar days.<br><br>If we send a final approval, the account will be afforded 14 calendar days from the date of receipt to provide signed written acceptance of the short sale approval.<br><br>Failure to perform all actions required to accept the Short Sale offer will be considered as a rejection. | After we receive all required documents we will:<br>▪ Complete a review of the account terms, investor requirements, and mortgage insurance requirements, if applicable.<br>▪ Work to complete an independent valuation review. A valuation agent will be in contact or work with the account's designated agent for access to the property so that the valuation agent can set up an appointment.<br><br>If we sent a final approval, the account will be afforded 14 calendar days from the date of receipt to provide signed written acceptance of the offer.<br><br>Once we've received written acceptance, our vendor will draft the deed document and schedule a notary at a convenient time and place for the execution of the DIL of foreclosure documents. |

2-814-AXA38-0000011-001-07-000-000-000-000

7484

*OCWN_GLBL_DENIAL*

*This communication is from a debt collector attempting to collect a debt; any information obtained will be used for that purpose. However, if the debt is in active bankruptcy or has been discharged through bankruptcy, this communication is provided purely for informational purposes only with regard to our secured lien on the above referenced property. It is not intended as an attempt to collect a debt from you personally.*



## Ocwen Loan Servicing, LLC
www.ocwen.com
*Helping Homeowners is What we Do!®*

1661 Worthington Road, Suite 100
West Palm Beach, FL 33409
Toll Free: 800.746.2936

O C W E N

### ADDITIONAL ASSISTANCE IS AVAILABLE

If financial hardship is being experienced, housing counseling may be a way to help manage finances. We recommend contacting a HUD-approved agency for assistance in keeping the home. This assistance is available at no charge.

| | | |
|---|---|---|
| HUD Approved Housing Counseling | (800) 569-4287 | www.HUD.gov |
| Homeowner's HOPE Hotline Number | (888) 995-4673 | www.hopenow.com |
| Fannie Mae Assistance Program | (800) 232-6643 | www.knowyouroptions.com |
| Consumer Financial Protection Bureau (CFPB) | (855) 411-2372 | www.consumerfinance.gov/mortgagehelp/ |
| Freddie Mac Assistance Program | | www.myhome.freddiemac.com |

**For Borrowers in New York:**
The New York State Department of Financial Services' website provides detailed information about programs and services that are available to provide assistance in avoiding foreclosure.

http://www.dfs.ny.gov/

To submit a qualified written request, a notice of error or a request for information, the following address must be used:

Ocwen Research Department
PO Box 24736
West Palm Beach, FL 33416-4736

7484

*OCWN_GLBL_DENIAL*



*This communication is from a debt collector attempting to collect a debt; any information obtained will be used for that purpose. However, if the debt is in active bankruptcy or has been discharged through bankruptcy, this communication is purely provided to you for informational purposes only with regard to our secured lien on the above referenced property. It is not intended as an attempt to collect a debt from you personally.*

Page 1 INTERNET REPRINT

NMLS # 1852



**Ocwen Loan Servicing, LLC**
www.ocwen.com
*Helping Homeowners is What we Do!®*

1661 Worthington Road, Suite 100
West Palm Beach, FL 33409
Toll Free: 800.746.2936

## L<small>EGAL</small> D<small>ISCLOSURES</small>

**New York Residents**: **If it is believed the loss mitigation request has been wrongly denied, a complaint can be filed with the New York State Department of Financial Services at 1-800-342-3736 or www.dfs.ny.gov.**



**Notice regarding Credit Discrimination:** The Federal Equal Credit Opportunity Act prohibits creditors from discriminating against credit applicants on the basis of race, color, religion, national origin, sex, marital status, age (provided the applicant has the capacity to enter into a binding contract), because all or part of the applicant's income derives from any public assistance program, or because the applicant has in good faith exercised any right under the Consumer Credit Protection Act. The federal agency that administers compliance with this law concerning this creditor is Federal Trade Commission, Equal Credit Opportunity, Washington, D.C. 20580.

**Notice regarding Tax Consequences of Mortgage Assistance Options:** Acceptance of a Loan Modification, Short Sale, or Deed-in-Lieu of Foreclosure may result in federal, state, or local tax consequences and/or affect eligibility for any public assistance benefits. We cannot advise on these impacts and encourage contacting a tax professional to discuss any questions.

NMLS # 1852                                                                                    OCWN_GLBL_DENIAL
*This communication is from a debt collector attempting to collect a debt; any information obtained will be used for that purpose. However, if the debt is in an active bankruptcy case or has been discharged through bankruptcy, this communication is purely provided to you for informational purposes only with regard to our secured lien on the above referenced property. It is not intended as an attempt to collect a debt from you personally.*

INTERNET REPRINT