# **EXHIBIT D**



Serge F. Petroff
Steven Amshen*
Christopher Villanti
David R. Smith
James Tierney
Andrea Bonilla
Jill Schaefer
Yehuda Morgenstern
(*admitted in New York & New Jersey)

May 16, 2019

**RAS Boriskin, LLC**
Attn: Raquel Felix, Esq.
900 Merchants Concourse
Suite 310
Westbury, NY 11590
*Via e-mail rfelix@rasboriskin.com*

|  |  |
|---|---|
| **Case Name**: | Marlene Y Colmer |
| **Case No.**: | 1-19-40645-cec |
| **Property Address**: | 3 Oceanview Avenue, Staten Island, NY 10312 |
| **Loan No.**: | 7091397484 |

Dear Ms. Felix,

This office represents the Debtor, Marlene Y Colmer, in connection with the above-referenced Chapter 13 bankruptcy.

On or about April 8, 2019, this office was served with the loan modification denial letter issued by your client. According to the letter, the borrower was denied for a streamline modification due to the fact that the lowest modification payment your client can provide would have exceeded the current mortgage payment by more than 25%, which, according to the letter, is not allowed based on your client's **own** modification guidelines. On April 18th and April 23rd your client supplemented its denial letter by providing additional denial clarifications, based on which the projected modified monthly mortgage payment ($2,337.11) would have been about 35% higher than the current one ($1,721.85).

The borrower is hereby formally appealing said denial and respectfully requesting your client to waive the "25% restriction" set by its guidelines. Based on the borrower's monthly gross income of $9,031.00, a payment of $2,337.11 is clearly affordable for the borrower and results into only 26% debt-to-income ratio, which is well within the affordability limits applicable to the loan. Ms. Colmer believes that waiver of the aforementioned restriction would be beneficial for both the borrower and your client as it would allow the borrower to save her home and your client to have a performing loan while having its interest fully secured by the property.

Please forward this appeal to your client for review. Should your client need additional documentation or information, do not hesitate to contact the undersigned.

Sincerely,

*/s/ Steven Amshen*
Steven Amshen, Esq.

**Brooklyn Office**
1795 Coney Island Avenue, 3rd Floor
Brooklyn, New York 11230
Tel: 718.336.4200
Fax: 718.336.4242

**Long Island Office**
401 Franklin Avenue, Suite 212
Garden City, New York 11530
Tel: 516.200.8999
Fax: 888.502.7302

**New Rochelle Office**
175 Huguenot Street, Suite 200
New Rochelle, NY 10801
Tel: 718.336.4200
Fax: 718.336.4242