UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------------x
In re:                                                                                      Case No. 19-40645-CEC

Marlene Y. Colmer,
                                                                                             Chapter 13

                Debtor.
-------------------------------------------------------------------x

## ORDER TERMINATING LOSS MITIGATION

        WHEREAS, on February 1, 2019, Marlene Y. Colmer (the "Debtor") filed a request to enter into the Loss Mitigation Program with respect to property located at 3 Oceanview Avenue, Staten Island, NY 10312, Loan No. 7484 with creditor Ocwen Loan Servicing; and

        WHEREAS, on February 28, 2019, the Court issued an order directing the Debtor and Ocwen Loan Servicing, LLC to participate in the Loss Mitigation Program; and

        WHEREAS, a status conference on the Loss Mitigation was held on May 21, 2019;

        NOW, THEREFORE, for the reasons stated on the record at the May 21, 2019 status conference, it is

        ORDERED, that the Loss Mitigation Period is terminated.



**Dated: Brooklyn, New York**
      **May 30, 2019**

_____
**Carla E. Craig**
**United States Bankruptcy Judge**